**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Stacey McDowell and Alexander Huckabee, III, Defendants,

Of whom Alexander Huckabee, III, is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-000063

Appeal From Marlboro County
Salley Huggins McIntyre, Family Court Judge

Unpublished Opinion No. 2015-UP-282
Submitted May 27, 2015 – Filed June 9, 2015

**AFFIRMED**

Harry Roberson Easterling, Jr., of Easterling Law Firm, PC, of Bennettsville, for Appellant.

Delton W. Powers, Jr., of Powers Law Firm, PC, of Bennettsville, for Respondent.

Elizabeth Rogers Munnerlyn, of Elizabeth R. Munnerlyn, PA, of Bennettsville, for the Guardian ad Litem.

---

**PER CURIAM:**  Alexander Huckabee, III, appeals the family court's final order terminating his parental rights to his minor Child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Huckabee's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.